We have carefully reviewed the briefs and record and are of the opinion that oral argument is unnecessary. Because we find no error, the judgment of the district court will be

Affirmed.

**Sudie G. O'QUINN, Appellee,**

v.

**GREAT ATLANTIC AND PACIFIC TEA COMPANY, Appellant.**

**No. 14018.**

United States Court of Appeals, Fourth Circuit.

May 19, 1970.

W. Olin Reed, Kinston, N. C., and Thomas B. Griffin, Kinston, N. C., on the brief, for appellant.

A. H. Jeffress, Kinston, N. C., Whitaker, Jeffress & Morris, Kinston, N. C., on the brief, for appellee.

Before HAYNSWORTH, Chief Judge, and CRAVEN and BUTZNER, Circuit Judges.

PER CURIAM:

On December 7, 1966, Christmas trees were stacked against the windows and on the raised walkway in front of the A & P store in Kinston, North Carolina. Some of the trees had been tied together with cords. In obscure light at approximately 6 p. m., Mrs. O'Quinn proceeded from the parking lot in front of the store onto the walkway, took several steps, entangled the toe of her left shoe in a cord, fell, and sustained injuries. By reason of diversity of citizenship, Mrs. O'Quinn's negligence ac-

**Ernest Sterling HODGE, a Minor, by and through his father, Russell S. Hodge as Next Friend, Plaintiff-Appellant,**

v.

**UNITED STATES of America, Defendant-Appellee.**

**Russell S. HODGE, Plaintiff-Appellant,**

v.

**UNITED STATES of America, Defendant-Appellee.**

**No. 27839.**

United States Court of Appeals, Fifth Circuit.

April 20, 1970.

Buckner F. Melton, Mitchel P. House, Jr., Macon, Ga., for appellants.

Floyd M. Buford, U. S. Atty., Macon, Ga., Robert Zener, Reed Johnston, Jr., Civil Div., Appellate Section, Dept. of Justice, Washington, D. C., for appellee.

Before SIMPSON, MORGAN and INGRAHAM, Circuit Judges.

PER CURIAM:

After careful consideration of the relevant facts and the applicable law, we hereby affirm and adopt the exhaustive opinion of Judge W. A. Bootle of the District Court in 310 F.Supp. 1090, hold-

ing that the United States is not liable in this claim for damages under the Federal Tort Claims Act for the injuries suffered by appellant Ernest S. Hodge.

Affirmed.